UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEVIN COOK,

                                    Plaintiff,

                   -against-

OFFICER DEWITT #144,

                                    Defendant.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2022
```

19 **CIVIL** 2780 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 25, 2022, Defendant's motion to dismiss is

GRANTED and pro se Plaintiff's Amended Complaint is DISMISSED in its entirety without

leave to replead; accordingly, the case is closed.

**Dated:** New York, New York

          February 28, 2022

                                        **RUBY J. KRAJICK**

                                        _____
                                              **Clerk of Court**
                              **BY:**
                                        _____
                                              **Deputy Clerk**